**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Alvin ATWATER, Jr., Defendant—**
**Appellant.**

No. 02–50256.
D.C. No. CR–00–00315–ABC–1.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 13, 2002.*

Decided Jan. 22, 2003.

Before BEEZER, KLEINFELD, and PAEZ, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

**MEMORANDUM** **

Alvin Atwater, Jr. appeals the sentence imposed following his guilty plea to one count of making a false statement in the acquisition of a firearm in violation of 18 U.S.C. § 922(g)(6). Atwater contends that the district court abused its discretion by denying him a downward departure to account for the disparity between federal and state penalties for making a false statement on a firearms application. We lack jurisdiction because the district court stated expressly that it was denying the departure in its discretion. *United States v. Romero,* 293 F.3d 1120, 1126–27 (9th Cir.2002). This appeal is

**DISMISSED.**

**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Ignacio RODARTE, Defendant—**
**Appellant.**

No. 02–50319.
D.C. No. CR–01–03621–BTM.

United States Court of Appeals,
Ninth Circuit.

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted Jan. 13, 2002.*

Decided Jan. 22, 2003.

Before BEEZER, KLEINFELD, and PAEZ, Circuit Judges.

## MEMORANDUM **

Ignacio Rodarte appeals his conviction and sentence by guilty plea to one count of importation of marijuana in violation of 21 U.S.C. §§ 952 and 960. Rodarte's contention that section 960 is facially unconstitutional in light of *Harris v. United States,* 536 U.S. 545, 122 S.Ct. 2406, 153 L.Ed.2d 524 (2002), is foreclosed by *United States v. Hernandez,* 314 F.3d 430, 437–438 (9th Cir.2002). His contentions that a *mens rea* requirement applies to the elements of drug type and quantity, and that the indictment was deficient because it failed to allege *mens rea* as to drug type and quantity, are foreclosed by *United States v. Carranza,* 289 F.3d 634, 644 (9th Cir.2002).

**AFFIRMED.**

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.